# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|   |   |
|---|---|
| In re: MULTIPLE PENDING CRIMINAL COMPLAINTS; CORONAVIRUS PUBLIC EMERGENCY | ) ) ) ) ) ) M.B.D. Case No. 20-91142 |

## ORDER OF CONTINUANCE AND EXCLUDABLE DELAY

## March 17, 2020

SAYLOR, C.J.

Upon consideration of the government's motion seeking an order of continuance and excludable delay, the Court finds as follows:

1. The following criminal cases were initiated by complaint prior to March 13, 2020, for which the Speedy Trial Act clock was not due to expire prior to March 19, 2020:

   a. *United States v. Virginia Maldonado,* 18-mj-3166-KAR;

   b. *United States v. Shannon Roberts,* 18-mj-3167-KAR;

   c. *United States v. Jaclyn Lemelin,* 18-mj-3168-KAR;

   d. *United States v. Keenam Park,* 19-MJ-1423-DLC;

   e. *United States v.* ███████████, 19-mj-1424-DLC;

   f. *United States v. Damien Cornieles,* 19-mj-2569-MBB;

   g. *United States v. Floyd Young,* 19-mj-3053-KAR;

   h. *United States v. Shannon Yelinek,* 19-mj-3139-KAR;

   i. *United States v. Victom Antonenko,* 19-mj-4153-DHH;

   j. *United States v.* ███████████ 19-mj-6485-MPK;

5

k.  *United States v. Shawn Richardson,* 19-mj-7426-JCB ;

l.  *United States v. Jesus Reyes,* 20-mj-2047-MBB;

m. *United States v. Feliz Valoy Lebron Mateo,* 20-mj-2050-MBB;

n.  *United States  v. Michael Donaher,* 20-mj-02128-MBB;

o.  *United States v. Johnny Wanderley Gonzalez Gaterol,* 20-mj-2245-MBB;

p.  *United States v. Bladimir Antonio Sanchez Soto,* 20-mj-2248-MBB;

q.  *United States v. Fabio Yunior Moreta-Borge,* 20-mj-2250-MBB;

r.  *United States v. Alexandria Church,* 20-mj-3009-KAR;

s.  *United States v. Luke Gagnon*, 20-mj-3018-KAR;

t.  *United States v. Matthew Alden*, 20-mj-4031-DHH;

u.  *U.S. v. Jennifer True,* 20-mj-05002-JGD;

v.  *United States v. Angel Valdez,* 20-mj-5020-JGD;

w.  *United States v. Shawn Herron,* 20-mj-6016-MPK;

x.  *United States v. Alberto Nunez,* 20-mj-6132-MPK;

y.  *United States v. Dashawn Matthews*, 20-mj-6184-MPK;

z.  *United States v. Carl Auguste,* 20-mj-6193-MPK;

aa. *United States v. Paul Whooten,* 20-mj-6205-MPK;

bb. *United States v. Luis Naranjo Rodriguez,* 20-mj-7023-JCB;

cc. *United States v. John Doe,* 20-MJ-7027-JCB;

dd. *United States v. Garry Bienvenue,* 20-MJ-7060-JCB

2.	Late on Friday, March 13, 2020, the Court entered an Order Concerning Grand Jury Proceedings, in the matter of *In re: Coronavirus Public Emergency*, General 20-3. The Order provided that, because of the Coronavirus/Covid-19 public health emergency, all regularly scheduled grand jury proceedings in the District of Massachusetts were continued to April 27, 2020.

3.	As a result of the Court's Order, the government will be unable to seek an Indictment in any of the above listed cases until April 28, 2020, at the earliest. Because of the rapid progress of this public health emergency, the government could not have anticipated in time to seek indictments that the Court would cancel all grand juries late on Friday, March 13, 2020.

4.	Accordingly, the ends of justice served by granting the requested continuance, and excluding the time period from March 13, 2020 through and including April 27, 2020 from the speedy trial clock, outweigh the best interests of the public and the defendant in a speedy trial pursuant to the Speedy Trial Act, 18 U.S.C. §§3161(h)(7)(A), and Sections 5(b)(7)(B) and 5(c)(1)(A) of the *Plan for Prompt Disposition of Criminal Cases* for the United States District Court for the District of Massachusetts (effective December 2008).

Accordingly, the Court hereby grants the government's motion and **ORDERS** that, pursuant to the Speedy Trial Act, 18 U.S.C. §§3161(h)(7)(A), and Sections 5(b)(7)(B) and 5(c)(1)(A) of the *Plan for Prompt Disposition of Criminal Cases* the period from March 13, 2020 through and including April 27, 2020 is excluded from the speedy trial clock and from the time within which an indictment or information must be filed.

Nothing in this Order prohibits any defendant in the above-named cases from seeking further review of any pending detention order.

/s/ F. Dennis Saylor, IV
_____
**F. DENNIS SAYLOR IV**
**Chief Judge, United States District Court**