# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| In re: MULTIPLE PENDING CRIMINAL COMPLAINTS; CORONAVIRUS PUBLIC EMERGENCY | ) ) ) ) ) ) M.B.D. Case No. 20-91142 |

## ORDER OF CONTINUANCE AND EXCLUDABLE DELAY

### April 16, 2020

**SAYLOR, C.J.**

1. The following criminal cases were initiated by complaint prior to March 13, 2020, for which the time period under the Speedy Trial Act was not due to expire prior to March 19, 2020:

   a. *United States v. Virginia Maldonado*, 18-mj-3166-KAR (not in custody);

   b. *United States v. Shannon Roberts*, 18-mj-3167-KAR (not in custody;

   c. *United States v. Jaclyn Lemelin,* 18-mj-3168-KAR (not in custody);

   d. *United States v. Keenam Park*, 19-MJ-1423-DLC (not in custody);

   e. *United States v.* ███████████████, 19-mj-1424-DLC (not in custody) (case under seal);

   f. *United States v. Damien Cornieles*, 19-mj-2569-MBB (in custody);

   g. *United States v. Floyd Young*, 19-mj-3053-KAR (not in custody);

   h. *United States v. Shannon Yelinek,* 19-mj-3139-KAR (not in custody);

   i. *United States v. Victom Antonenko*, 19-mj-4153-DHH (in custody);

   j. *United States v. Xiaosong Wang and Jiali Wang*, 19-mj-6485-MPK (not in custody);

   k. *United States v. Shawn Richardson*, 19-mj-7426-JCB (not in custody);

   l. *United States v. Jesus Reyes*, 20-mj-2047-MBB (not in custody);

   m. *United States v. Feliz Valoy Lebron Mateo*, 20-mj-2050-MBB (in custody);

    n. *United States v. Johnny Wanderley Gonzalez Gaterol*, 20-mj-2245-MBB (in custody);

    o. *United States v. Bladimir Antonio Sanchez Soto*, 20-mj-2248-MBB (in custody);

    p. *United States v. Fabio Yunior Moreta-Borge*, 20-mj-2250-MBB (in custody);

    q. *United States v. Alexandria Church*, 20-mj-3009-KAR (not in custody);

    r. *United States v. Luke Gagnon*, 20-mj-3018-KAR (in custody);

    s. *United States v. Matthew Alden*, 20-mj-4031-DHH (in custody);

    t. *United States v. Jennifer True*, 20-mj-05002-JMD (not in custody);

    u. *United States v. Angel Valdez*, 20-mj-5020-JGD (in custody);

    v. *United States v. Shawn Herron,* 20-mj-6016-MPK *(*not in custody)

    w. *United States v. Alberto Nunez*, 20-mj-6132-MPK (not in custody);

    x. *United States v. Dashawn Matthews*, 20-mj-6184-MPK (in custody);

    y. *United States v. Carl Auguste*, 20-mj-6193-MPK (not in custody);

    z. *United States v. Paul Whooten,* 20-mj-6205-MPK (in custody);

    aa.   *United States v. Luis Naranjo Rodriguez*, 20-mj-7023-JCB (in custody);

    bb.   *United States v. John Doe,* 20-MJ-7027-JCB (in custody); and

    cc.   *United States v. Garry Bienvenue,* 20-MJ-7060-JCB (in custody).

2.       The following criminal cases were initiated by complaint after March 17, 2020:

    a. *United States v. Rashad Al-Terek Walker*, 20-mj-4049-DHH (in custody)

    b. *United States v. Joel Perez Matos*, 20-mj-5050-JGD (in custody);

    c. *United States v. Daniel Araujo Guerrero*, 18-mj-6286-MPK (in custody); and

    d. *United States v. Bruce Brown*, 1:20-mj-02263-MBB (in custody).

3.       On Friday, March 13, 2020, the Court entered an Order Concerning Grand Jury Proceedings, in the matter of *In re: Coronavirus Public Emergency*, General 20-3. The Order

provided that because of the coronavirus public-health emergency, all regularly scheduled grand jury proceedings in the District of Massachusetts were continued to April 27, 2020.

4.     On March 17, 2020, the Court entered an Order of Continuance and Excludable Delay excluding the time under the Speedy Trial Act from March 13, 2020, through April 27, 2020, and extending the time within which an indictment or information must be filed for the cases identified in paragraph 1 above, as well as one case that has since been resolved by the filing of an information.

5.     On March 30, 2020, the Court entered a Supplemental Order Concerning Grand Jury Proceedings, in the matter of *In re: Coronavirus Public Emergency*, General Order 20-4.  The Order continued all regularly scheduled grand jury proceedings until at least Friday, May 29, 2020.

6.     No grand jury proceedings are scheduled before June 2, 2020, which is the first date that a grand jury is currently scheduled to be in session after the expiration of the Court's Orders.

7.     As a result of the Court's Orders, the government will be unable to seek an indictment in any of the above listed cases earlier than Tuesday, June 2, 2020.

8.     The Court finds that the ends of justice served by granting the requested continuance for all of the cases listed above outweigh the best interests of the parties and the public in a speedy trial.  The time period from March 30, 2020, through June 2, 2020, will therefore be excluded under the Speedy Trial Act.

Accordingly, and for the foregoing reasons, the Court hereby GRANTS the government's motion for a continuance and exclusion of time, and ORDERS that, pursuant to the Speedy Trial Act,

18 U.S.C. §§3161(h)(7)(A), and Sections 5(b)(7)(B) and 5(c)(1)(A)of the *Plan for Prompt Disposition of Criminal Cases*, as to all of the cases listed above, the time period under the Speedy Trial Act from March 30, 2020, through June 2, 2020, is excluded, and the time within which an indictment or information must be filed for those cases is continued to June 2, 2020.

Nothing in this Order prohibits any defendant in the above-named cases from seeking further review of any pending detention order.

/s/  F. Dennis Saylor IV
_____
**F. DENNIS SAYLOR IV**
**Chief Judge, United States District Court**

April 16, 2020